# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| WILLIE JAMES TERRELL, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-441 (MTT) |
| PATRICIA DENIESE DAVIS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Pursuant to 28 U.S.C. § 1915A(a) and § 1915(e), United States Magistrate Judge Charles H. Weigle has conducted a screening of Plaintiff Willie James Terrell, Jr.'s complaint. Doc. 11. The Magistrate Judge recommends that Terrell's Eighth Amendment deliberate indifference to medical needs claims against Defendants Kitchens and Dixon should proceed for further factual development. *Id.* at 9. However, the Magistrate Judge recommends that Terrell's claims against Defendants Smith, Hodge, Davis, West, Carr, Clarkson (or Clarkston), Jefferson, Bell, and Mercer be dismissed. *Id.* at 10-11. Further, the Magistrate Judge recommends that Terrell's First Amendment retaliation, Eighth amendment failure to intervene, and Fourteenth Amendment due process claims be dismissed. *Id.* at 11. Terrell has not objected to the Recommendation. The Court has reviewed the Recommendation and adopts the proposed findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, the Recommendation (Doc. 11) is **ADOPTED** and made the order of this Court. Terrell's Eighth Amendment medical indifference claims against Defendants

Kitchens and Dixon shall proceed for further factual development.  Terrell's remaining claims are **DISMISSED without prejudice**.

**SO ORDERED**, this 26th day of April, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
